IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     CASE NO. 2:25-cr-00198-MHT
     )     (WO)
LAMARCUS SANKEY     )

## AMENDED PRELIMINARY ORDER OF FORFEITURE

Pending before the court is the government's motion to amend preliminary order of forfeiture (Doc. 66) filed June 2, 2026.

On April 9, 2026, the court entered a Preliminary Order of Forfeiture (Doc. 47) which directed forfeiture of an HS PRODUKT (IM METAL); Model: HELLCAT; Caliber: 9; Type: PISTOL; S/N: BB110289.

On April 17, 2026, the government provided direct notice of the preliminary order of forfeiture to Giovonnte Rhodes. *See* Process Receipt and Return (Doc. 54). On May 20, 2026, Mr. Rhodes informed the government of his claim of ownership and right of possession to the HS PRODUKT (IM METAL); Model: HELLCAT; Caliber: 9; Type: PISTOL; S/N: BB110289. On January 28, 2024, Mr. Rhodes reported the firearm stolen to the Montgomery Police Department. Mr. Rhodes is the original purchaser of the firearm and is not prohibited from possessing a firearm. The government acknowledges Mr. Rhodes' ownership rights and agrees that it is in the interest of justice to return the firearm to him.

Accordingly, it is ORDERED that the government's motion is granted as follows:

1.     The HS PRODUKT (IM METAL); Model: HELLCAT; Caliber: 9; Type: PISTOL; S/N: BB110289 shall be returned to Giovonnte Rhodes by the Bureau of Alcohol, Tobacco, Firearms and Explosives, Middle District of Alabama.

2.     Because no property remains subject to forfeiture in this case, the forfeiture

allegation is stricken from the Information (Doc. 27).

DONE, on this the 25th day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE